**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02918-DME-BNB

RICK GAPINSKI,

    Plaintiff,

v.

NATIONAL RECOVERY SOLUTIONS, LLC,

    Defendant.

**ORDER**

    THIS MATTER COMES BEFORE the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice. The Court has reviewed this notice and believes itself fully advised.

    IT IS HEREBY ORDERED THAT this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii), each party to pay its own costs and attorneys' fees.

    DONE AND SIGNED this 7th day of March, 2011.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge